IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-02815-MSK-KLM

PIT BARREL COOKER CO., LLC

Plaintiff,

v.

BARREL HOUSE COOKER, LLC;
M.D. MANUFACTURING, INC d/b/a
BARREL HOUSE COOKING COMPANY; and
BRIAN K. GRAVES,

Defendants.

_____

## STIPULATION TO DISMISS
_____

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate as follows:

WHEREAS plaintiff and counter-defendant PIT BARREL COOKER CO., LLC (PBC), and defendants and counter-claimants BARREL HOUSE COOKER, LLC; M.D. MANUFACTURING, INC d/b/a BARREL HOUSE COOKING COMPANY; and BRIAN K. GRAVES individually (collectively Defendants) have reached a settlement of disputes including the matters stated in the complaint and counterclaims in this action; and

WHEREAS as a result of such settlement, PBC and Defendants agree to dismiss with prejudice their respective claims and counterclaims in this action;

The parties hereby stipulate and agree as follows:

1.  All claims in the complaint in this action stated by PBC as against Defendants shall be dismissed with prejudice.

2. All counterclaims of Defendants as against PBC in this action shall be dismissed with prejudice.

3. Each party hereto shall bear its own attorney fees and costs incurred in the above-captioned action.

Dated:  May 25, 2018

Respectfully Submitted,

**ATTORNEYS FOR PLAINTIFF:**

MCLEOD BRUNGER PLLC

*s/Scott D. McLeod*
1873 S. Bellaire St., Suite 1401
Denver, CO 80222
(o) 720-344-2848
smcleod@mcbattorneys.com


**ATTORNEYS FOR DEFENDANTS:**

*s/Glenn H. Lenzen*
Glenn H. Lenzen
William A. Rogers, III
Rebecca J. Boyle
Dietze and Davis, P.C.
2060 Broadway, Ste. 400
Boulder, CO  80302-5282
Phone:  303.447.1375
Fax:  303.440.9036
wrogers@dietzedavis.com;
glenzen@dietzedavis.com;
rboyle@dietzedavis.com
**Attorneys for Defendants and Counterclaim Plaintiffs**
**M.D. Manufacturing, Inc. and Brian K. Graves**

*s/Mark D. Miller*
Mark D. Miller

William K. Nelson
Admitted to District of Colorado
Sierra IP Law, P.C.
7030 N. Fruit Ave., Suite. 110
Fresno, CA 93711
Phone: 559.436.3800
Fax: 559.436.4800
mmiller@sierraiplaw.com
wnelson@sierraiplaw.com

**Attorneys for Defendants and Counterclaim Plaintiffs Barrel House Cooker, LLC and M.D. Manufacturing, Inc. d/b/a Barrel House Cooking Company.**

## CERTIFICATE OF SERVICE

I certify that on May 25, 2018 I served the foregoing via CM/ECF, which sends service to the following and all counsel of record via email:

**ATTORNEYS FOR DEFENDANTS:**

Glenn H. Lenzen
William A. Rogers, III
Rebecca J. Boyle
Dietze and Davis, P.C.
2060 Broadway, Ste. 400
Boulder, CO 80302-5282
Phone: 303.447.1375
Fax: 303.440.9036
wrogers@dietzedavis.com;
glenzen@dietzedavis.com;
rboyle@dietzedavis.com
**Attorneys for Defendants and Counterclaim Plaintiffs
M.D. Manufacturing, Inc. and Brian K. Graves**

Mark D. Miller
William Nelson
Sierra IP Law, PC.
7030 N. Fruit Ave., Ste. 110
Fresno, CA 93711
Phone: 559.436.3800
Fax: 559.436.4800
mmiller@sierraiplaw.com
wnelson@sierraiplaw.com
***Attorneys for Barrel House Cooker,
LLC; Barrel House Cooking Company aka
MD Manufacturing, Inc.***

*s/ Scott D. McLeod*